UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY COVAL SMITH, | ) | Case No. CV 10-370-JSL(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 10/27/10

_____
J. Spencer Letts
United States District Judge